DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:00-CR-00146-JKS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF WITHDRAWAL OF |
| vs. | ) | APPLICATION FOR WRIT OF |
| | ) | EXECUTION ON PERMANENT |
| ALBERT L. WILT, | ) | FUND DIVIDEND AT DOCKET |
| | ) | 37 |
| Defendant. | ) | |
| | ) | |

　　The United States, through counsel, withdraws the filing of its Application and Affidavit for Issuance of Writ of Execution on Permanent Fund Dividend and Proposed Writ filed June 16, 2006 at Docket 37.  An error was found in the calculations.  The amount of the judgment on the application and proposed writ do not match the amount on the Amended Judgment dated 6/28/2004.

//

//

RESPECTFULLY SUBMITTED on June 20, 2006.

                                  DEBORAH M. SMITH
                                  Acting United States Attorney

                                  s/Richard L. Pomeroy
                                  RICHARD L. POMEROY
                                  Assistant U.S. Attorney
                                  222 West 7th Avenue # 9, Room 253
                                  Anchorage, AK 99513-7567
                                  Tel. (907) 271-5071
                                  Fax  (907) 271-2344
                                  E-mail: richard.pomeroy@usdoj.gov
                                  AK #8906031