NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:00-cr-146-JKS |
| Plaintiff, | |
| vs. | NOTICE OF SUBMISSION OF PROPOSED ORDER |
| ALBERT L. WILT, | |
| Defendant. | |

Plaintiff, United States of America, by and through the United States Attorney for the District of Alaska, submits this notice of submission of proposed order to release PFD funds, in substitution for the order filed on December 14, 2006, which was mistakenly filed in an improper format.

RESPECTFULLY SUBMITTED this 15th day of December 2006, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov
AK Bar No.: 8906031


**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2006,
copy of the foregoing  was served by first
class mail on:

Albert L. Wilt
P.O. Box 201711
Anchorage, AK 99520


s/Richard L. Pomeroy


United States v. Wilt
Case No. 3:00-cr-146-JKS            2