IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>   vs.<br><br>ALBERT L. WILT,<br><br>                        Defendant. | Case No. 3:00-cr-146-JKS<br><br>PROPOSED<br>ORDER TO RELEASE PFD FUNDS |

Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

The attached funds, in the amount of $1,102.96 be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account 0022-6855XX, as payment toward Defendant's criminal restitution.

IT IS SO ORDERED.

DATED:_____

                                                                                    JAMES K. SINGLETON<br>
                                                                                     JUDGE U.S. DISTRICT COURT