IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:00-cr-146-JKS |
| Plaintiff, | |
| vs. | ORDER TO RELEASE PFD FUNDS |
| ALBERT L. WILT, | |
| Defendant. | |

Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

The attached funds, in the amount of $1,102.96 be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account 0022-6855XX, as payment toward Defendant's criminal restitution.

IT IS SO ORDERED.


DATED:____12/20/06_____          ___/s/James K. Singleton, Jr._____
                                      JAMES K. SINGLETON, JR.
                                      JUDGE U.S. DISTRICT COURT